622 A.2d 227

IN THE MATTER OF BRUCE A. THOMPSON, AN ATTORNEY AT LAW.

April 1, 1993.

## ORDER

BRUCE A. THOMPSON, of FAIR HAVEN who was admitted to the bar of this State in 1970, having been ordered to show cause on March 30, 1993, why he should not be temporarily suspended pending the disposition of ethics proceedings against him, and respondent having failed to appear on the return date of the Order to Show Cause, and good cause appearing;

It is ORDERED that BRUCE A. THOMPSON is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that the Office of Attorney Ethics take such protective action, pursuant to *Rule* 1:20–11(c), as may be appropriate to gain possession and control of the legal files, records, practice and trust assets of BRUCE A. THOMPSON, wherever situate, pending further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by BRUCE A. THOMPSON pursuant to *Rule* 1:21–6, shall be restrained from disbursement except upon application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that BRUCE A. THOMPSON be restrained and enjoined from practicing law during the period of his suspension and that he comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.